UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Don J.R., | Case No. 23-cv-3221 (DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Martin J. O'Malley,<br>*Commissioner of Social Security Administration*, | |
| Defendant. | |

---

This matter is before the Court on the parties' Joint Stipulation for Remand (ECF No. 13). The parties agree that a remand is necessary in this matter for further proceedings. They accordingly ask the Court to reverse and remand the decision of the Administrative Law Judge ("ALJ") pursuant to sentence four of 42 U.S.C. § 405(g) and to direct the Clerk to enter a judgment in accordance with Fed. R. Civ. P. 58, in accordance with *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

**IT IS HEARBY ORDERED THAT** this case is remanded to the Commissioner of Social Security, pursuant to sentence 4 of 42 U.S.C. § 405(g), for further administrative action.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 10, 2024

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge

1